PLAINTIFF
Jejuan Sims
12492 Equine Ln
Orlando, Florida 33414

DEFENDANT:
GABY APARICIO URIZAR
EXP Realty
2049 W Central Blvd,
Orlando, FL 32805

JEJUAN SIMS , an individual ("Plaintiff"), alleges herein as follows:

# QUIET TITLE COMPLAINT

INTRODUCTION

1. This action seeks: to quiet title to the subject property. 8540 Morehouse dr Orlando, Florida 32836

2. The subject of this action is certain real property comprising a Single-family home within the County of Orange, State of Florida, commonly known as 8540 Morehouse dr Orlando, Florida 32836, Assessor's Parcel Number 10-24-28-6654-02-400 consisting of the real property in the City of Orlando, County of Orange, State of Florida, legally described as follows.

PARTIES

3. Plaintiff Jejuan L Sims ("Plaintiff") is the individual who is the homebuyer of record to the Property since the Property's acquisition in [05/12/2022]. Plaintiff requests quiet title herein.

PARKSIDE PHASE 2 82/53 LOT 240

4. Defendant EXP realty LLC Gaby APARICIO URIZAR is, and at all relevant times was the property owner an individual residing in the State of Florida. Defendant has been a co-owner of record since the acquisition of the Property in 07/05/2022.

5. The Plaintiff named herein as "All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, Or Interest in The Property Described in The Complaint Adverse to Defendant Title, Or Any Cloud Upon Plaintiff's Title Thereto" (the "Unknown Defendants") (collectively with Defendant, the "Defendants") are unknown to Plaintiff. Plaintiff is informed and believes, and on that basis alleges, that the Unknown Defendants, and each of them, claim some right, title, estate, lien, or interest in the real property and real property interests that are adverse to Plaintiff's property interests at issue in this action.

6. Plaintiff does not know the true names and capacities of the defendants sued as Does 1 through 10, inclusive, and therefore sues these defendants by such fictitious names. Upon information and belief, Plaintiff may have granted interests in the Property and/or soon will grant such ownership interests.

Plaintiff does not currently know the true names and capacities of those who may claim an ownership interest in the Property, but Plaintiff will amend his complaint to add the true names and capacities of these defendants when they are ascertained. JURISDICTION

7. This Court has jurisdiction over this matter because the amount in question exceeds the jurisdictional minimum for this Court. VENUE 8. Venue is proper in this Court because the real property that is the subject of this action is located in the County of Orange in the State of Florida.

ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF.

This case involves the residential property located at 8540 Morehouse dr Orlando, Florida 32836 (the "Property"). 10. The Property is designated in Orange County, County Recorder's Office PN 10-24-28-6654-02-400, and legally described as follows: 11.  06/06/2022 Jejuan Sims vs JND legal administration lawsuit 12. In May 2022, Plaintiffs had an interested in purchasing real estate property for sale. 13. Defendant was negligence of acts and didn't understand homebuyer way of closing on real estate for sale

14. Defendant didn't allow buyer's home inspector to inspect home after suit of $1,358,000 lawsuit 07/07/2022.

15. Defendant didn't believe in buyer's income. But it was sent 6/29/2022. The plaintiff income came from 10,000,000 surety bond.  According to Guardian of property accounting. The plaintiff receives $9.015,000 every week showing as proof of funds.

The plaintiff sent in notice to intent to issue bonds 7/5/2022 for plaintiff to issue own employer bonds and funds to be transferred to settlement company.

16. In June 2022, Defendant receive final judgement and was advise of Court order to deed the property to Plaintiffs to reflect their ownership on 08/09/2022 when Plaintiffs would be eligible to hold title in their name.  (45 Day Wait)

17. Plaintiffs paid the down payment, all closing costs, commissions, and fees for the Property in 1 lump sum.

19. Plaintiff have never resided at the Property and have lived elsewhere for the entire time since the property was purchased July 21, 2022.

20. Upon information and belief, Plaintiff alleges that there are no known encumbrances of record to the Property.

 23. Upon information and belief, Plaintiff alleges that the value of the Property is estimated to be $1,358,000 as of the date of this Complaint which is in excess of the encumbrances of record and costs of sale in relation to the Property.

FIRST CAUSE OF ACTION (Quiet Title Against All Defendants)

24. Plaintiff hereby incorporates by reference the allegations contained in each paragraph above as though fully set forth in full herein.

25. By virtue of the foregoing facts, Plaintiff is entitled to a judicial declaration that Defendant is the 100% owner of the Subject Property.

26. Accordingly, Plaintiff seeks to quiet title to the Property in Plaintiff's name alone as of the date of this complaint.  07/06/2022

PRAYER FOR RELIEF WHEREFORE, Plaintiff prays for judgment as follows against all Defendants: 1. For an order quieting title to the subject property.  8540 Morehouse dr Orlando, Florida 32836

2. For a judicial declaration that Plaintiff turns into full legal and beneficial owner of the Property 08/09/2022. 3. For attorney's fees, if any allowed by law;

4. For costs of suit; and 5. For such other and further relief as the court may deem just and proper.